# IN THE SUPREME COURT OF THE STATE OF NEVADA

OLIMPO ARMANDO TORO,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 74308

**FILED**

NOV 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on September 13, 2017. Appellant did not file the notice of appeal, however, until October 18, 2017, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-41091

cc: Hon. Eric Johnson, District Judge
Olimpo Armando Toro
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk